No. 72–91. DAVIS *v.* NEW YORK. Appeal from App. Term, Sup. Ct. N. Y., 1st Jud. Dept., dismissed for want of substantial federal question.

No. 72–5065. CRAWFORD *v.* MISSOURI. Appeal from Sup. Ct. Mo. dismissed for want of substantial federal question.

No. 71–1109. NORRIS ET AL. *v.* JORDAN ET AL.; and

No. 71–1439. NORRIS ET AL. *v.* JORDAN ET AL. Appeals from D. C. N. D. Ohio. Motion to defer consideration denied. Appeals dismissed for want of jurisdiction.

No. 71–1186. FRY'S FOOD STORES, INC., ET AL. *v.* CALIFORNIA. Appeal from Sup. Ct. Cal. dismissed.

No. 71–1233. BRIDGEFORTH *v.* ILLINOIS; and

No. 71–6422. DAVIS *v.* ILLINOIS. Appeals from Sup. Ct. Ill. Motions to dispense with printing jurisdictional statement and to dismiss in No. 71–1233 granted. Motion to supplement jurisdictional statement in No. 71–6422 granted. Appeals dismissed for want of substantial federal question. MR. JUSTICE DOUGLAS would note probable jurisdiction and set cases for oral argument. Reported below: 51 Ill. 2d 52, 281 N. E. 2d 617.

No. 71–1402. COLEMAN *v.* LOUISIANA. Appeal from Sup. Ct. La. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 71–1616. RONWIN *v.* FAIR EMPLOYMENT PRACTICES COMMISSION (FRESNO STATE COLLEGE, REAL PARTY IN INTEREST). Appeal from Ct. App. Cal., 5th App. Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.